1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFRONIA – FRESNO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; CRESTBROOK INSURANCE COMPANY, an Ohio corporation; THE CONTINENTAL INSURANCE COMPANY, a South Carolina corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; THE INSURANCE CORPORATION OF NEW YORK, a New York corporation and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 1:06-CV-00551-AWI-LJO<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

The Court, having received and reviewed the attached Stipulation to Dismiss Insurance Corporation of New York With Prejudice by North American Specialty Insurance Company, and good cause appearing therefrom:

IT IS HEREBY ORDERED that INSURANCE CORPORATION OF NEW YORK is dismissed with prejudice from this action.

  IT IS SO ORDERED.

**Dated: November 13, 2006**      /s/ Lawrence J. O'Neill
66h44d             UNITED STATES MAGISTRATE JUDGE