1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFRONIA – FRESNO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; CRESTBROOK INSURANCE COMPANY, an Ohio corporation; THE CONTINENTAL INSURANCE COMPANY, a South Carolina corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; THE INSURANCE CORPORATION OF NEW YORK, a New York corporation and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 1:06-CV-00551 LJO<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

  The Court, having received and reviewed the attached Stipulation to Dismiss Lexington Insurance Company With Prejudice by North American Specialty Insurance Company, and good cause appearing therefrom:

  IT IS HEREBY ORDERED that LEXINGTON INSURANCE COMPANY is dismissed with prejudice from this action.   Each party is to bear its own costs, as provided in the stipulation.

IT IS SO ORDERED.

**Dated: November 27, 2006**       /s/ Lawrence J. O'Neill
66h44d               UNITED STATES MAGISTRATE JUDGE