1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; CRESTBROOK INSURANCE COMPANY, an Ohio corporation; THE CONTINENTAL INSURANCE COMPANY, a South Carolina corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; THE INSURANCE CORPORATION OF NEW YORK, a New York corporation and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 1:06-CV-00551-AWI-LJO<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

    The Court, having received and reviewed the attached Stipulation to Dismiss The Continental Insurance Company With Prejudice by North American Specialty Insurance Company, and good cause appearing therefrom:

    IT IS HEREBY ORDERED that THE CONTINENTAL INSURANCE COMPANY is dismissed with prejudice from this action.   Each party is to bear its own costs, as provided in the stipulation.

    IT IS SO ORDERED.

**Dated:   January 25, 2007**            /s/ Lawrence J. O'Neill
66h44d                                                        UNITED STATES MAGISTRATE JUDGE