THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Plaintiff
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY, a New
Hampshire corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; CRESTBROOK INSURANCE COMPANY, an Ohio corporation; THE CONTINENTAL INSURANCE COMPANY, a South Carolina corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; THE INSURANCE CORPORATION OF NEW YORK, a New York corporation and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00551-AWI- DLB<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

The Court, having received and reviewed the attached Stipulation to Dismiss Action With Prejudice by North American Specialty Insurance Company, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice.   Each party

-1-

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL

1  is to bear its own costs, as provided in the stipulation.

2  
3  DATED:   June 14, 2007

4  
5                                              By: __/s/ *Dennis L. Beck*_____
                                                THE HONORABLE UNITED STATES
6                                               MAGISTRATE JUDGE DENNIS L. BECK

7  
8  22612-1/403423

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA  94607
(510) 834-4350

-2-

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, I caused a copy of the **[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL** be served electronically to the following parties as required by the court's ordered Electronic Case Filing (ECF) Program:

| | |
|---|---|
| Theodore W. Hoppe, Esq.<br>Brian H. O'Driscoll, Esq.<br>Cooper & Hoppe<br>929 "L" Street<br>Fresno, CA  93721-2647<br>(559) 442-1650  phone<br>(559) 442-1659  fax<br>tadhoppe@cooper-hoppe.com<br>brian@cooper-hoppe.com | **Attorneys for Defendants NATIONWIDE INSURANCE COMPANY OF AMERICA and CRESTBROOK INSURANCE COMPANY** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on June 14, 2007.

_____
ALEXINE BRAUN

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA  94607
(510) 834-4350

-3-
[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL